**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MARY K. PRESLEY,

        Plaintiff,

v.                                   CASE NO. 4:08cv317-SPM/AK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       THIS CAUSE comes before the court on the Magistrate Judge's Report

and Recommendation (doc. 23).  The parties have been afforded an opportunity

to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No

objections have been filed.  Having considered the Report and Recommendation,

it is hereby ORDERED as follows:

     1.     The Magistrate Judge's Report and Recommendation (doc. 23) is

             ADOPTED and incorporated by reference in this order.

     2.     The Commissioner's decision shall be ***reversed***.

     3.     The Commissioner is ordered to grant Plaintiff's application for

             benefits.

     DONE AND ORDERED this <u>twenty-eighth</u> day of May, 2009.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge