IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY K. PRESLEY,

      Plaintiff,

vs.                                    Case No. 4:08-cv-317-SPM/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

**ORDER TEMPORARILY STAYING PROCEEDINGS ON ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT**

THIS CAUSE comes before the Court upon the Plaintiff's unopposed Motion to Stay proceedings on attorney fees under the Social Security Act in this case pending a calculation of past due disability benefits owed to the Plaintiff. Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Stay attorney fee proceedings under the Social Security Act (doc. 26) is hereby *granted*.

2. Attorney fee proceedings under the Social Security Act are temporarily stayed. Plaintiff shall have until thirty (30) days from the date Plaintiff's counsel receives the benefits award notice by which to file a petition for a specific amount of attorney fees under the Social Security Act.

DONE AND ORDERED this <u>twelfth</u> day of June, 2009.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge